Date signed December 15, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LEONEL E. MARTINEZ | : | Case No. 09-28937PM |
| | : | Chapter 13 |
| Debtor | : | |

### ADMONITION TO THE DEBTOR
### AND
### NOTICE OF RESCHEDULED MEETING OF CREDITORS
### AND HEARING ON CONFIRMATION

This case came before the court for a confirmation hearing on December 15, 2009. Debtor failed to appear for this hearing. The court notes further that the Debtor failed to appear at the Meeting of Creditors that was scheduled on December 3, 2009. Accordingly, the Trustee filed a Motion to Dismiss this bankruptcy case under Chapter 13.

At the suggestion of the court, the Trustee reset a Meeting of Creditors for **January 8, 2010, at 2:30 p.m., at 6305 Ivy Lane, 6th Floor, Greenbelt, Maryland, 20770**. If Debtor does not attend and fully participate in that Meeting of Creditors, this case will dismissed. If Debtor does attend, the court will hold a Confirmation Hearing on Debtor's Plan on **March 2, 2010, at 10:00 a.m.**

cc:
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
Leonel E. Martinez, 1506 Wheaton Lane, Silver Spring, Md 20902

**End of Admonition**